IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff, * | |
| v. * | Cr. Case No. 24-456 (SCC-14) |
| ABRAHAM RODRIGUEZ-CRUZ, * | |
| Defendant. * | |
| _____ * | |

**MOTION TO RESTRICT IN COMPLIANCE WITH STANDING ORDER # 9**

TO THE HONORABLE COURT:

**COMES NOW**, the undersigned attorney who respectfully seeks to file a restricted document. In support of this request, he states and prays as follows:

1. The undersigned will file an *Ex-Parte Motion Requesting to Withdraw* in the instant case. Counsel requests leave to file the motion using the "Ex-Parte" viewing restriction due to the personal information contained therein.

2. This motion is filed in compliance with Standing Order No. 9 issued by Honorable Aida M. Delgado-Colon, Chief Judge of the United States District Court for the District of Puerto Rico, Misc. No. 03-419 (ADC).

**WHEREFORE**, the undersigned counsel requests that the Honorable Court approve the requested restriction on viewing the related motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd day of May, 2025.

*/s/ José R. Aguayo-Caussade*
José R. Aguayo-Caussade, Esq.
USDC-DPR # 123301
PO Box 367375

<div style="text-align: right;">
San Juan, Puerto Rico 00936-7375  
Cel. (787) 399-8642  
E-Mail: joseraguayo@gmail.com
</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the forgoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the presiding Judge.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of May, 2025.

<div style="margin-left: 50%;">

*/s/ José R. Aguayo-Caussade*  
José R. Aguayo-Caussade, Esq.  
USDC-DPR # 123301  
PO Box 367375  
San Juan, Puerto Rico 00936-7375  
Cel. (787) 399-8642  

E-Mail: joseraguayo@gmail.com

</div>